IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3064 |
| v. | ) | |
| | ) | |
| LEONARD SAMUEL SCHAMP, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for time, filing 11, is granted and the deadline for filing pretrial motions is extended to May 25, 2006.

DATED this 18th day of May, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge