```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )
       Plaintiff,               )    4:06CR3064
                                )
       v.                       )
                                )
LEONARD SAMUEL SCHAMP,          )      ORDER
                                )
       Defendant.               )
```

IT IS ORDERED,

On the court's own motion,

The change of plea hearing is continued to August 30, 2006 at 3:30 p.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated August 14, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge